AO 455 (Rev. 5/85) Waiver of Indictment

FILED
MAR 20 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

OLIVIA VALDEZ-CASTRO

## WAIVER OF INDICTMENT

CASE NUMBER: 08CR 843-DMS

I, OLIVIA VALDEZ-CASTRO, the above-named defendant, who is accused of committing the following offense:

Bringing in Illegal Aliens Without Presentation and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2 (Felony),

being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on 3-20-08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Beatriz A Cárdenas R.
Defendant

Defense Counsel

Before ______________________
Judicial Officer